■ ROBERT J. NATOLI et al., Respondents, v JOHN T. SULLIVAN, JR., et al., Appellants, et al., Defendants. [648 NYS2d 407] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeals from Order of Supreme Court, Oswego County, Hurlbutt, J.—Dismiss Affirmative Defenses.) Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ. *[See,* 159 Misc 2d 681.]